# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HOGAR C.R.E.A. INTERNATIONAL OF FLORIDA, INC., HOGAR C.R.E.A. INTERNATIONAL, INC. & HOGAR C.R.E.A., INC.,**

**Plaintiffs,**

-vs-                                        **Case No.  6:10-cv-1629-Orl-31DAB**

**HOGAR C.E.R.A. INCORPORATED OF FLORIDA and CARMELO RUIZ,**

**Defendants.**
_____/

## ORDER

This cause comes before the Court on the Motion for Default Judgment Against Defendants Hogar C.E.R.A. Inc. of Florida and Carmelo Ruiz (Doc. No. 73), filed February 18, 2011.

On May 5, 2011, the United States Magistrate Judge issued a report (Doc. No. 78) recommending that the motion be granted and that a permanent injunction be entered against the above defendants. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motion for Default Judgment is **GRANTED**.

3.      A permanent injunction is hereby **ENTERED** prohibiting Defendants, their officers, agents, servants, employees, and/or all persons acting in concert or participation with them or any of them, from: (1) using the Hogar C.E.R.A or Hogar C.R.E.A name and marks, or confusingly similar variations thereof, alone or in combinations with any other letters, words, letter strings, phrases, or designs in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites, in domain names, and as names for business entities); and (2) registering or trafficking in any domain names containing the Hogar C.E.R.A or Hogar C.R.E.A name or marks, or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs; and (3) a permanent injunction requiring the current domain name registrar to transfer the www.hogarcera.com domain name to Hogar C.R.E.A., Inc.

4.      The Court reserves jurisdiction to award compensatory damages, interest, costs, and attorneys' fees incurred by the Plaintiffs as a result of prosecuting this action.  Plaintiffs shall file their motion and memorandum of law for such relief within fourteen (14) days from the date of this order.

5.      The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 23rd day of May, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-